1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

RUBI GONZALEZ,

Plaintiff,

v.

PHOENIX PROCESSOR LIMITED
PARTNERSHIP, et al.,

Defendants.

CASE NO. C04-813C

MINUTE ORDER

11
12
13
14
15
16

The following Minute Order is made by direction of the Court, the Honorable John C.

17  Coughenour, United States District Judge:

18          The Court hereby GRANTS the parties' Stipulation Continuing Trial Date (Dkt. No. 16) and

19  CONTINUES the trial date from May 16, 2005 to November 14, 2005.  The pre-trial order shall be due

20  November 4, 2005.  Trial briefs, proposed voir dire, and proposed jury instructions shall be due

21  November 10, 2005.

22  //

23  //

24  //

25  //

26  MINUTE ORDER – 1

1  DATED this 22nd  day of April, 2005

2                                      BRUCE RIFKIN, Clerk of Court

3

4                                      By   /s/ L. Simle
                                               Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  MINUTE ORDER – 2